UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE THE SUSAN ANN TRUST,**

**Plaintiff,**

**Case No. 6:25-mc-38-CEM-DCI**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 14), recommending that the Motion be denied and the case be dismissed.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. This case is **DISMISSED without leave to amend**.

4. The Clerk is directed to unseal this case and thereafter close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party